UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3428-PSG (PLAx) | Date | November 20, 2017 |
|---|---|---|---|
| Title | KEMAH HENDERSON ET AL V. JPMORGAN CHASE BANK ET AL | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melissa Grant<br>Kevin McInerney<br>Mark Ozzello | Carrie Gonell |

**Proceedings:**   STATUS CONFERENCE

   The Court, having read and considered the recent filings and having heard from counsel today, takes the matter under submission.

                                                                           :   03
                                                    Initials of Preparer   wh