# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-3428-PSG (PLAx) | Date | November 21, 2017 |
| Title | KEMAH HENDERSON ET AL V. JPMORGAN CHASE BANK ET AL | | |

Present: The Honorable  Philip S. Gutierrez, United States District Court Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order

The Court sets the following dates:
Final Pretrial Conference (2:30pm):  02-12-18
Jury Trial:(9:00am):            02-27-18

Initials of Preparer      wh