1  Kevin J. McInerney (SBN 46941)
   kevin@mcinerneylaw.net
2  18124 Wedge Parkway #503
   Reno, Nevada 89511
3  Tel: (775) 849-3811
   *Attorney for Plaintiffs*
4
   MORGAN, LEWIS & BOCKIUS LLP
5  CARRIE A. GONELL, SBN 257163
   cgonell@morganlewis.com
6  JOHN D. HAYASHI, SBN 211077
   jhayashi@morganlewis.com
7  ALEXANDER L. GRODAN, SBN 261374
   agrodan@morganlewis.com
8  600 Anton Boulevard, Suite 1800
   Costa Mesa, CA  92626-7653
9  Tel:  714.830.0600
   Fax:  714.830.0700
10
   *Attorneys for Defendant*
11

12                   UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15  KEMAH HENDERSON,                    Case No. 11-CV-03428 PSG (PLAx)
    TAQUONNA LAMPKINS,
16  CAROLYN SALAZAR and
    TAMANA DALTON, individually and    **JOINT STIPULATION TO BRIEFLY**
17  on behalf of all others similarly   **CONTINUE TRIAL DATES**
    situated,
18
                  Plaintiffs,
19
           vs.
20
    JPMORGAN CHASE BANK; and
21  DOES 1 through 50, inclusive,
    Defendants.
22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs

2    KEMAH HENDERSON, TAQUONNA LAMPKINS, CAROLYN SALAZAR, and

3    TAMANA DALTON ("Plaintiffs") and Defendant JPMORGAN CHASE BANK,

4    N.A. ("Defendant") (collectively, the "Parties"), by and through their respective

5    counsel of record, as follows:

6    WHEREAS, on November 21, 2017, the Court issued an Order setting trial

7    in this case for February 27, 2018 (9:00 a.m.), and the Final Pretrial Conference

8    for February 12, 2018 (2:30 p.m.);

9    WHEREAS, the Parties intend to conduct additional limited factual

10   discovery related to Plaintiffs' seating claims pursuant to the factors outlined in

11   the California Supreme Court's decision in *Kilby v. CVS Pharmacy, Inc.*, 63 Cal.

12   4th 1 (2016);

13   WHEREAS, Defendant is noticing the deposition of Plaintiff Tamana

14   Dalton and Plaintiff's expert witness Gary Bakken;

15   WHEREAS, the deadline for expert testimony disclosure has already

16   passed pursuant to Rule 26(a)(2)(D) of the Federal Rules of Civil Procedure;

17   WHEREAS, Plaintiffs have informed Defendant that they intend to

18   simultaneously with this Stipulation file an expedited motion with the Court

19   seeking an order clarifying the scope of trial set by the Court's trial date and,

20   while Defendant Chase submits that there is no need for clarification and that any

21   request for interlocutory appeal should be denied, Chase has cooperated with

22   counsel for Plaintiffs to agree as follows (with the Court's permission):  Chase

23   will file its opposition to Plaintiffs' request by January 3 and the parties agree

24   that the Court may consider Plaintiffs' request based on these two briefs without

25   need for oral argument (unless the Court wishes oral argument on the Request);

26   WHEREAS, the Parties agree that the Parties and the Court will benefit

27   from a brief continuation of the trial dates so that the parties can complete

28   discovery, briefing on Plaintiffs' anticipated motion, and other necessary trial

1    preparations;

2           THEREFORE, the Parties HEREBY STIPULATE and request that the Court

3    continue the trial date until April 24, 2018, at 9:00 a.m., or as soon thereafter as

4    may be convenient to the Court's calendar.  The Parties further request that the

5    Court set the following pretrial schedule:

6    •      January 15, 2018 – Deadline for Parties to update disclosures

7    •      February 15, 2018 – Deadline for expert disclosures for all merits experts

8    •      February 28, 2018 – Deadline for Parties to complete written discovery

9           and non-expert depositions

10   •      March 15, 2018 – Deadline for any rebuttal expert disclosures

11   •      March 31, 2018 – Deadline for Parties to complete all expert depositions

12   •      April 5, 2018 – Final Pretrial Conference

13          The Parties are making this request in good faith and not for purposes of

14   delay.  Further, the Parties agree that no prejudice will result if the Court enters an

15   Order on this Stipulation.

16          **IT IS SO STIPULATED.**

17   Dated:  December 21, 2017                    Kevin J. McInerney, Esq.

18                                                /s/ Kevin J. McInerney
                                                  Kevin J. McInerney
19                                                *Attorney for Plaintiffs Henderson and*
                                                  *Lampkins*
20

21   Dated:  December 21, 2017                    Capstone Law APC

22                                                /s/ Melissa Grant
                                                  Melissa Grant
23                                                *Attorney for Plaintiff Salazar*

24

25   Dated:  December 21, 2017                    The Ozzello Practice PC

26                                                /s/ Mark Ozzello
                                                  Mark Ozzello
27                                                *Attorney for Plaintiff Dalton*

28

Dated:  December 21, 2017

Morgan, Lewis & Bockius LLP

/s/ Carrie A. Gonell
Carrie A. Gonell
*Attorney for Defendants*

# ATTESTATION

I, Carrie Gonell, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Continue the Scheduling Conference.  In compliance with Civil L.R. 5-4.3.4, I hereby attest that all other signatories, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 21, 2017

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Carrie A. Gonell